UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IRA JEROME ROSS | CIVIL ACTION |
| VERSUS | |
| FEDERAL BUREAU OF INVESTIGATION | NO. 21-00496-BAJ-RLB |

## RULING AND ORDER

Before the Court is Defendant the Federal Bureau of Investigation's **Motion to Dismiss for Lack of Subject Matter Jurisdiction, Failure to State a Claim, Insufficient Service of Process, and Lack of Personal Jurisdiction (Doc. 6).** The Motion is opposed. (Doc. 7). Defendant filed a Reply. (Doc. 8).

The Magistrate Judge has issued a **Report and Recommendation (Doc. 10),** recommending that the Court grant Defendant's Motion to Dismiss (Doc. 6) pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of Article III standing. (Doc. 10, p. 8). The Magistrate Judge further recommends that the Court dismiss Plaintiff's claims without prejudice for lack of subject matter jurisdiction. (*Id.*). There are no objections to the Report and Recommendation.

Having carefully considered the underlying Complaint, the Motion at issue, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

1

**IT IS ORDERED** that Defendant the Federal Bureau of Investigation's **Motion to Dismiss for Lack of Subject Matter Jurisdiction, Failure to State a Claim, Insufficient Service of Process, and Lack of Personal Jurisdiction (Doc. 6)** is **GRANTED** pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of Article III standing.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims be and are hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, this 30th day of August, 2022

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**